In the Matter of KIERA R., a Child Alleged to be Neglected. KINYETTA R., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [952 NYS2d 185]—

The finding of neglect is supported by a preponderance of the evidence, which established that respondent neglected the subject child by failing to provide her with proper supervision and guardianship. The child frequently left respondent's home *for days at a time and respondent failed to provide alternate living* arrangements, forcing the child, for at least part of the time, to live on the streets (Family Ct Act § 1012 [f] [i]). Further, the evidence showed that respondent failed to seek professional counseling or therapy for the child, whose behavior was uncontrollable, even though such counseling had been recommended by medical professionals *(see e.g. Matter of Perry S.,* 22 AD3d 234, 235 [1st Dept 2005]; *Matter of Deanna R.G. [Rajkumare B.],* 83 AD3d 1064 [2d Dept 2011]).

Respondent did not object to the court's entry of a dispositional order without a formal dispositional hearing, and her present objection is, therefore, unpreserved (*see Matter of Crystal P. [Andrea L.]*, 93 AD3d 576 [1st Dept 2012]). In any event, given that a final discharge of the instant case became effective on March 7, 2012, the child's 18th birthday, the appeal from the dispositional order is moot (*see e.g. Matter of Brianna R. [Marisol G.]*, 78 AD3d 437, 439 [1st Dept 2010], *lv denied* 16 NY3d 702 [2011]). Concur—Tom, J.P., Mazzarelli, Andrias, DeGrasse and Román, JJ.